CHARLES PUGH, Appellant, v. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Respondent.— Order denying plaintiff's motion for a preference reversed upon the law and the facts, without costs, and motion granted, without costs. While we are loath to interfere with the discretion of the justice presiding at Trial Term in the conduct of the calendar, we are of opinion that this case presents special circumstances which require the granting of the motion. Appeal from order denying motion for reargument dismissed. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANGELO CAPPASSO, Appellant.—Defendant was convicted in the Court of Special Sessions of the City of New York, Borough of Richmond, of the crime of buying junk from a minor, in violation of section 484, subdivision 6, of the Penal Law. Judgment of conviction unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Davis, Adel and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCIS CARROLL, Appellant.— Judgment of the County Court of Suffolk county convicting defendant of the crime of rape in the first degree, and order denying motion to set aside the verdict and for a new trial, reversed on the law and a new trial ordered. The defendant did not have a fair trial. The remarks of the assistant district attorney and the reading in evidence of the former conviction in this action, as well also as the determination in this court by a divided vote, were highly prejudicial. In view of the fact that the case has been twice tried before the county judge, it is suggested that the district attorney move for the removal of the cause to the Supreme Court. Lazansky, P. J., Hagarty, Carswell and Adel, JJ., concur; Davis, J., dissents and votes to affirm. The guilt of the defendant was established by the verdicts of two juries on separate trials, so that I have no doubt on the subject. Under the circumstances, the errors were not prejudicial, and the judgment of conviction should be affirmed under the provisions of section 542 of the Code of Criminal Procedure.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARTIN HANRAHAN, Appellant.— On a trial before a city magistrate, sitting as a Court of Special Sessions, the defendant was convicted of the crime of driving a motor vehicle while intoxicated, in violation of subdivision 5 of section 70 of the Vehicle and Traffic Law. Judgment of conviction unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Close, JJ.